# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-423-190**

**Effective Date of Registration:**
October 29, 2024
**Registration Decision Date:**
November 25, 2024

---

## Title

**Title of Work:** MAGICAL SANTA

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** June 02, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Janet Stever
  **Pseudonym:** JanMarie
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Janet Stever
560 Heller Rd., Quakertown, PA, 18951, United States

## Rights and Permissions

**Organization Name:** Porterfield's Fine Art Licensing
**Name:** Lance Klass
**Email:** porterfieldsfineart@gmail.com
**Telephone:** (941)487-8581
**Address:** 2315 Milford Circle
Sarasota, FL 34239 United States

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-423-400**

**Effective Date of Registration:**
October 29, 2024
**Registration Decision Date:**
November 26, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | BASKET of BOUNTY |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | January 04, 2016 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Janet Stever |
| **Pseudonym:** | JanMarie |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Janet Stever |
| | 560 Heller Rd., Quakertown, PA, 18951, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Porterfield's Fine Art Licensing |
| **Name:** | Lance Klass |
| **Email:** | porterfieldsfineart@gmail.com |
| **Telephone:** | (941)487-8581 |
| **Address:** | 2315 Milford Circle |
| | Sarasota, FL 34239 United States |

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-423-272**

**Effective Date of Registration:**
October 29, 2024
**Registration Decision Date:**
November 25, 2024

---

## Title

**Title of Work:** SANTA'S CLOSET

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** January 03, 2011
**Nation of 1st Publication:** United States

## Author

- **Author:** Janet Stever
  **Pseudonym:** JanMarie
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Janet Stever
560 Heller Rd., Quakertown, PA, 18951, United States

## Rights and Permissions

**Organization Name:** Porterfield's Fine Art Licensing
**Name:** Lance Klass
**Email:** porterfieldsfineart@gmail.com
**Telephone:** (941)487-8581
**Address:** 2315 Milford Circle
Sarasota, FL 34239 United States

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-423-271**

**Effective Date of Registration:**
October 29, 2024
**Registration Decision Date:**
November 25, 2024

## Title

| | |
|---|---|
| Title of Work: | STRAWBERRIES |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2013 |
| Date of 1st Publication: | January 02, 2013 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | Janet Stever |
| Pseudonym: | JanMarie |
| Author Created: | 2-D artwork |
| Citizen of: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Janet Stever |
| | 560 Heller Rd., Quakertown, PA, 18951, United States |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | Porterfield's Fine Art Licensing |
| Name: | Lance Klass |
| Email: | porterfieldsfineart@gmail.com |
| Telephone: | (941)487-8581 |
| Address: | 2315 Milford Circle |
| | Sarasota, FL 34239 United States |

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

**VA 2-423-395**

**Effective Date of Registration:**
October 29, 2024
**Registration Decision Date:**
November 26, 2024

---

## Title

**Title of Work:** AUTUMN WELCOME

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** September 01, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Janet Stever
  **Pseudonym:** JanMarie
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Janet Stever
560 Heller Rd., Quakertown, PA, 18951, United States

## Rights and Permissions

**Organization Name:** Porterfield's Fine Art Licensing
**Name:** Lance Klass
**Email:** porterfieldsfineart@gmail.com
**Telephone:** (941)487-8581
**Address:** 2315 Milford Circle
Sarasota, FL 34239 United States

## Certification

Page 1 of 2

